UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:14cr230-AJT |
| | ) | |
| MUNA OSMAN JAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

GOVERNMENT'S EXHIBIT LIST

The United States, by and through its undersigned counsel, hereby files its exhibit list:

| | **Map of Somalia** |
|---|---|
| 1 | Map of Somalia |
| | |
| | **Charts** |
| 2 | Co-Conspirators Chart |
| 2A | Historical al-Shabaab Leaders and Members |
| | |
| | **Jama Search** |
| 3A | Notebook |
| 3A-1 | Notebook pg. - Thabaat phone # 442085569300 and Khuluud phone # 4424760616422 |
| 3A-2 | Notebook pg. - Jasmac Salaam phone # 25215147979 and Bali phone # 25215922905 and Fatax phone # 25215581757 |
| 3A-3 | Notebook pg. - Faadumo phone # (612) 481-6487and Fardowsa Jamac phone # 714021284 |
| 3A-4 | Notebook pg. - Al Maxabah phone # 4650167966 and  Amran Yusuf Acct # 793-818-8203 |
| 3A-5 | Notebook pg. - Golis phone # 252-242-28-002 with ledger, names, and dollar amounts |
| 3A-6 | Notebook pg. - Amran Yusuf address and Umu Saliima address (Sweden) |
| 3A-7 | Notebook pg. – Nimcatu Rabi phone # (425) 408-0938 and skype address |

| 3A-8 | Notebook pg. - Umu Ibrahim phone # 011-31115612006 |
|------|---------------------------------------------------|
| 3A-9 | Notebook pg. – Amran Yusuf Acct # 793-818-8203 and phone # (612) 644-7966 |
| 3A-10 | Cash Receipt $157.50 dated 05/16/2012 |
| 3A-11 | Notebook pg. - Rooda Cuman Xaashi phone # 254722515363 |
| 3A-12 | Notebook pg. - Ledger, names, and dollar amounts |
| 3A-13 | Notebook pg. - Farxiyo Xassan address (Nederland) |
| 3A-14 | Notebook pg. - Zahra Ahmeddahir address (Helsinki Finland) |
| 3A-15 | Notebook pg. – Ledger, names, and dollar amounts |
| 3A-16 | Notebook pg. - Ledger, names, and dollar amounts |
| 3A-17 | Notebook pg. - Faadumo phone # 725962121 |
| 3B-1 | Fairfax Circuit Court Final Order - Re: Name Change- Omar Abdallali Abdallah |
| 3B-2 | Pamphlet – Computer Accounting Tax Service Travel and Tour |
| 3B-3 | 2013 Tax Returns Cover - Omar Abdallah and Muna Jama |
| 3B-4 | Mark Tax Service – Letter Notification of eFile - Omar Abdallah and Muna Jama |
| 3B-5 | 1040 Income Tax Return for Omar Abdallah and Muna Jama |
| 3C-1 | Notebook (Red) |
| 3C-2 | Notebook pg. - Carah Mujaa/ledger, names, and dollar amounts |
| 3C-3 | Notebook pg. - Ayaan Warsame phone # 25261603-4442, Cizadiin phone # (206) 497-0362, and Caasho phone # 252618635408 |
| 3C-4 | Notebook pg. - Fardawsa Mohamed phone # 719-888-097 |
| 3C-5 | Notebook pg. - Hodan Yuusuf phone # 252634155743 |
| 3D-1 | Notebook pg. - Umu Ibrahim address |
| 3D-2 | Notebook pg. - Ismahan phone # 249990950216 |
|  |  |

| | **Dhirane Search** |
|---|---|
| 4A | Notebook "Teamwork" |
| 4A-1 | Notebook pg. - Khuluud phone # 442476016422 |
| 4A-2 | Notebook pg. - Bariira phone # 25224178303 426283 |
| 4A-3 | Notebook pg. - Maxamud Cumar Maxamuud phone # 249926676899 |
| 4A-4 | Notebook pg. - Ismahan phone # 249990072859 |
| 4A-5 | Notebook pg. - Dhirane phone # (206) 414-3740 |
| 4A-6 | Notebook pg. - Bariira phone # (419) 301-2116 |
| 4A-7 | Notebook pg. - Hodan phone # 14243687587 |
| 4A-8 | Notebook pg. - Daahir Abdi phone # 252615893602 |
| 4B-1 | Product of SW-Yahoo Mail: waa gabey (Somali) dated 08/10/2010 at 12:31 pm |
| 4B-1(a) | Translation |
| 4B-2 | Product of SW - Yahoo Mail: waa gabey (Somali ) |
| 4B-2(a) | Translation |
| 4B-3 | Product of SW-Yahoo Mail: waa gabey (Somali ) |
| 4B-3(a) | Translation |
| 4B-4 | Product of SW-Yahoo Mail: waa gabey (Somali ) |
| 4B-4(a) | Translation |
| 4B-5 | Product of SW-Yahoo Mail: waa gabey (Somali ) |
| 4B-5(a) | Translation |
| 4B-6 | Product of SW-Yahoo Mail: waa gabey (Somali ) |
| 4B-6(a) | Translation |
| 4B-7 | Product of SW-Yahoo Mail: Waa gabayadii (Somali ) |
| 4B-7(a) | Translation |
| 4B-8 | Product of SW-Yahoo Mail: Waa gabayadii (Somali ) |
| 4B-8(a) | Translation |

| | |
|---|---|
| 4B-9 | Product of SW-Yahoo Mail: waa gabayadii (Somali ) |
| 4B-9(a) | Translation |
| 4B-10 | Product of SW-Yahoo Mail: waa gabayadii (Somali ) |
| 4B-10 (a) | Translation |
| 4B-11 | Product of SW-Yahoo Mail: waa gabayadii (Somali ) |
| 4B-11(a) | Translation |
| 4B-12 | Product of SW-Yahoo Mail: waa gabayadii (Somali ) |
| 4B-12 (a) | Translation |
| 4B-13 | Product of SW-Yahoo Mail: waa gabey (Somali ) |
| 4B-13 (a) | Translation |
| 4B-14 | Product of SW-Yahoo Mail: waa gabey (Somali ) |
| 4B-14 (a) | Translation |
| 4B-15 | Product of SW-Yahoo Mail: waa gabey (Somali ) |
| 4B-15 (a) | Translation |
| 4B-16 | Product of SW-Yahoo Mail: wa afarley aan kaga qeyb qaatay kuwii ku xad gudbay kitaabka Alaah wixii khaldana iga (Somali ) |
| 4B-16 (a) | Translation |
| 4B-17 | Product of SW-Yahoo Mail: Asalaama caleykum (Somali ) |
| 4B-17 (a) | Translation |
| 4B-18 | Product of SW - Yahoo Mail:  waa gabayo mar hore aan qoray ila soo socodsii waxaad fahmi weydo (Somali ) |
| 4B-18 (a) | Translation |
| 4B-19 | Product of SW - Yahoo Mail:  waa gabayo mar hore aan qoray ila soo socodsii waxaad fahmi weydo Inbox (Somali ) |
| 4B-19(a) | Translation |
| 4C | Product of SW - Land/Property Records and Documents |
| 4C-1 | Translation of Land/Property Records and Documents - Abdirashid Barkhadi (30 x 30 m [meters]) |

| 4D | Product of SW - King County Housing Authority Final Request with 2013 1040 Tax Return for Dhirane |
|---|---|
| 4E | Product of SW - ABDI Book |
| 4F | Product of SW – 1-Subject Notebook wide ruled |
| 4G | Product of SW - Cover Purple Notebook (Composition) Suhur Mohamed |
| 4G-1 | Notebook pg. - handwritten page in red ink (Somali) |
| 4G-1(a) | Translation - Purple Notebook dated 2/22/2016 |
| 4G-2 | Notebook-pg. handwritten in red ink - (Somali) |
| 4G-2(a) | Translation - Purple Notebook dated 2/22/2016 |
| 4H | Dhirane Advice of Rights (Somali) dated 7/23/2014 |
| 4I | Dhirane Post Arrest Interview |
| 4I-1 | Dhirane Post Arrest Interview Clip |
| 4I-2 | Dhirane Post Arrest Interview Clip |
| 4I-3 | Dhirane Post Arrest Interview Clip |
| 4I-4 | Dhirane Post Arrest Interview Clip |
| 4I-5 | Dhirane Post Arrest Interview Clip |
| 4I-6 | Dhirane Post Arrest Interview Clip |
| 4I-7 | Dhirane Post Arrest Interview Clip |
|  |  |
|  | **Amina Esse Plea Documents** |
| 5A | (DMN) *U.S. v. Amina Esse* - Plea Agreement and Sentencing Stipulation dated 11/01/2014 |
| 5B | (DMN) *U.S. v. Amina Esse* – Information dated 11/14/2014 |
| 5C-1 | 2010 Weekly Planner - Amina Esse |
| 5C-1(a) | Notebook pg. - 2010 Weekly Planner:  Ayaan Jamac Warsame phone # 252-618436471 |
| 5C-2 | Black & White Composition Notebook - Amina Esse |
| 5C-2(a) | Notebook pg. - Black & White Composition - Sheik Yasan phone # 2547-0721761033 |
| 5C-2(b) | Notebook pg. - Black & White Composition - handwritten note in black ink (Somali) |

| | |
|---|---|
| 5C-2(c) | Notebook pg. -  Black & White Composition - handwritten in black ink (Somali and Arabic) |
| 5C-3 | Blue and White Composition Notebook - Amina Esse |
| 5C-3(a) | Notebook pg. - Blue & White Composition Notebook - Umu Camaar Fardowsa phone # 254714021284 |
| 5C-3(b) | Notebook pg. - Blue & White Composition Notebook - Umu Khadaab phone # 0092324-5089554 |
| 5C-3(c) | Notebook pg. - Blue & White Composition Notebook -  Multiple phone numbers handwritten in black ink |
| 5C-3(d) | Notebook pg. - Blue & White Composition Notebook - Somali Terror Trial handwritten in black ink (English) |
| | |
| | **Amina Ali District of Minnesota PACER Documents** |
| 6A | (DMN) PACER ECF # 8 - *U.S. v. Amina Ali, et al.* - Indictment  filed 7/6/2010 |
| 6B | (DMN) PACER ECF # 252 - *U.S. v. Amina Farah Ali, et al.* - Judgment filed 5/29/2013 |
| 6C | (DMN) PACER Docket Sheet - *U.S. v. Amina Farah Ali, et al.*  filed 7/6/2010 |
| | |
| | **Nima Yusuf Southern District of California** |
| | **PACER Documents** |
| 7A | (SDCA) PACER ECF # 1 - *U.S. v. Nima Yusuf* – Indictment filed 11/12/2010 |
| 7B | (SDCA) PACER ECF # 73 - *U.S. v. Nima Yusuf* - Amended Judgment filed 1/9/2013 |
| 7C | (SDCA) PACER Docket Sheet - U.*S. v. Nima Yusuf* filed 11/12/2010 |
| | |
| | **News Articles** |
| 8 | Summary Chart of News Articles |
| 8A | News Article 4/12/2012 - Sheikh Mu'min |
| 8A-1 | Translation |
| 8B | News Article 4/14/2012 - Sheikh Muumin |

| | |
|---|---|
| 8B-1 | Translation |
| 8C | News Article 8/27/2012 - Merca |
| 8C-1 | Translation |
| 8D | News Article 08/27/2012 - Execution of Spies in Merca |
| 8D-1 | Translation |
| 8E | News Article 8/27/2012 - AMISOM Controls Merca |
| 8E-1 | Translation |
| 8F | News Article 8/29/2012 - AMISOM Takes Control of Merca |
| 8F-1 | Translation |
| 8G | News Article 02/15/2013 - Assassination of Sheikh Abdulkadir Nur Farah |
| 8G-1 | Translation |
| 8H | News Article 03/18/2013 - Khaliif Ereg Injured in Burby |
| 8H-1 | Translation |
| 8I | News Article 03/18/2013 - Attack on Khalif Ereg |
| 8I-1 | Translation |
| 8J | News Article 3/18/2013 - Suicide Bombing in Mogadishu |
| 8J-1 | Translation |
| 8K | News Article 4/15/2013 - Shabaab Attack on Banadir Court |
| 8K-1 | Translation |
| 8L | News Article 4/14/2013 - English language article about court Bombing |
| 8M | News Article 04/15/2013 - Shabaab Attack on Banadir Court |
| 8M-1 | Translation |
| 8N | News Article-4/16/2013 Abu Mansur Al-Amriki Advises Suicide Bomber |
| 8N-1 | Translation |
| 8O | News Article 4/30/2013 - Execution of Shabaab |
| 8O-1 | Translation |
| 8P | News Article 4/30/2013 - Puntland Execution of Shabaab Members |

| | |
|---|---|
| 8P-1 | Translation |
| 8Q | News Article 05/06/2013 - Emir of Shabaab in Hargeysa |
| 8Q-1 | Translation |
| 8R | News Article 6/7/2013 - Attack at Yaaq Bariweyne |
| 8R-1 | Translation |
| 8S | News Article 6/6/2013 - Execution of Spies in Baraawe |
| 8S-1 | Translation |
| 8T | News Article 6/27/2013 - Death of Religious Scholars |
| 8T-1 | Translation |
| 8U | News Article 6/29/2013 - Execution of Burhan and Afghani |
| 8U-1 | Translation |
| 8V | News Article 9/22/2013 – al-Shabaab Twitter Feed Puts Media Pressure on Kenyan Government |
| 8V-1 | Translation |
| 8W | News Article 9/22/2013 - Shabaab Spokesman says Westgate Attackers ordered to Kill Hostages |
| 8W-1 | Translation |
| 8X | News Article 9/25/2013 - Sheikh Abu Zubeyr Says Westgate is a Warning |
| 8X-1 | Translation |
| 8Y | News Article 12/15/2012 - Umu Shabaab Article  (ONLY FROM OPEN SOURCES) |
| 8Y-1 | Translation |
| 8Z | News Article 12/16/2012 – Somalia: Puntland Forces Seize Supplies Heading to Golis Mountains (ONLY FROM OPEN SOURCES) |
| 8AA | News Article 2/17/2013 - Xassan Daahir Aweys (ONLY FROM OPEN SOURCES) |
| | |
| | |

| | **Shaker Masri Northern District of Illinois PACER Documents** |
|---|---|
| 9A | (NDIL) PACER ECF # 15 - Indictment - *U.S. v. Shaker Masri, et al.* filed 9/29/2010 |
| 9B | (NDIL) PACER ECF # 107- Judgment - *U.S. v. Shaker Masri, et al.* filed 12/11/2012 |
| 9C | (NDIL) PACER Docket Sheet - *U.S. v. Shaker Masri, et al.* |
| | |
| | **Hawala Records** |
| 10 | Summary of Hawala Transactions for Muna Osman Jama |
| 11 | Summary of Hawala Transactions for Hinda Osman Dhirane Overt Acts) |
| 12 | Summary of Funds Transferred to Hinda Osman Dhirane in Somalia |
| 13 | Summary of Amina Esse Money Transfers |
| | |
| | **CBP Searches and Records** |
| 20 | Phone Examination Report Properties |
| 20A | Translation-  Phone Examination Report Properties [Somali-English] |
| 21 | Copy of Payment Voucher dated 12/27/2011 |
| 22 | Dhirane CBP Form 6059B |
| | |
| | **Transcripts and Clips of Calls and Chats** |
| 30 | 03/01/2012 at 15:49 call transcript |
| 30A | 03/01/2012 at 15:49 audio recording |
| 30B | 03/01/2012 at 15:49 audio clip |
| 31 | 03/03/2012 at 22:52 chat transcript |
| 32 | 03/08/2012 at 01:15 chat transcript |
| 33 | 03/22/2012 at 20:49 call transcript |
| 33A | 03/22/2012 at 20:49 audio recording |
| 33B | 03/22/2012 at 20:49 audio clip |
| 34 | 03/22/2012 at 21:00 call transcript |
| 34A | 03/22/2012 at 21:00 audio recording |
| 34B | 03/22/2012 at 21:00 audio clip |

| 35 | 03/27/2012 at 18:26 call transcript |
|---|---|
| 35A | 03/27/2012 at 18:26 audio recording |
| 35B | 03/27/2012 at 18:26 audio clip |
| 36 | 03/29/2012 at 00:15 call transcript |
| 36A | 03/29/2012 at 00:15 audio recording |
| 36B | 03/29/2012 at 00:15 audio clip |
| 37 | 04/01/2012 at 22:06 chat transcript |
| 38 | 04/08/2012 at 20:09 chat transcript |
| 39 | 04/09/2012 at 01:47 call transcript |
| 39A | 04/09/2012 at 01:47 audio recording |
| 39B | 04/09/2012 at 01:47 audio clip |
| 40 | 04/10/2012 at 23:30 chat transcript |
| 41 | 04/10/2012 at 23:56 chat transcript |
| 42 | 04/12/2012 at 01:14 chat transcript |
| 43 | 04/13/2012 at 14:10 call transcript |
| 43A | 04/13/2012 at 14:10 audio recording |
| 43B | 04/13/2012 at 14:10 audio clip |
| 44 | 04/13/2012 at 17:18 call transcript |
| 45 | 4/13/2012 at 22:00 call transcript |
| 45A | 04/13/2012 at 22:00 audio recording |
| 45B | 04/13/2012 at 22:00 audio clip |
| 46 | 04/17/2012 at 20:34 chat transcript |
| 47 | 04/18/2012 at 22:07 chat transcript |
| 48 | 04/19/2012 at 19:50 chat transcript |
| 49 | 04/20/2012 at 21:50 chat transcript |
| 50 | 04/20/2012 at 22:10 chat transcript |
| 51 | 04/20/2012 at 22:46 chat transcript |
| 52 | 04/21/2012 at 01:13 chat transcript |
| 53 | 04/24/2012 at 22:40 call transcript |
| 54 | 04/25/2012 at 18:30 call transcript |
| 55 | 04/25/2012 at 23:19 call transcript |
| 55A | 04/25/2012 at 23:19 audio recording |
| 55B | 04/25/2012 at 23:19 audio clip |
| 56 | 04/25/2012 at 23:51 call transcript |
| 56A | 04/25/2012 at 23:51 audio recording |
| 56B | 04/25/2012 at 23:51 audio clip |

| 57 | 04/27/2012 at 20:16 chat transcript |
|------|-------------------------------------|
| 58 | 04/27/2012 at 20:50 chat transcript |
| 59 | 04/27/2012 at 20:58 chat transcript |
| 60 | 04/28/2012 at 00:52 chat transcript |
| 61 | 04/28/2012 at 01:17 chat transcript |
| 62 | 04/28/2012 at 01:18 chat transcript |
| 63 | 04/28/2012 at 01:32 chat transcript |
| 64 | 05/05/2012 at 20:59 chat transcript |
| 65 | 05/05/2012 at 22:30 call transcript |
| 66 | 05/05/2012 at 23:45 chat transcript |
| 67 | 05/06/2012 at 00:20 chat transcript |
| 68 | 05/06/2012 at 00:39 chat transcript |
| 69 | 05/08/2012 at 00:14 chat transcript |
| 70 | 05/08/2012 at 18:22 call translation |
| 71 | 05/12/2012 at 18:41 call translation |
| 72 | 05/15/2012 at 18:25 call translation |
| 73 | 05/19/2012 at 19:51 call translation |
| 74 | 05/27/2012 at 01:01 call translation |
| 74A | 05/27/2012 at 01:01 audio recording |
| 74B | 05/27/2012 at 01:01 audio clip |
| 75 | 06/03/2012 at 23:55 chat translation |
| 76 | 06/04/2012 at 00:08 chat translation |
| 77 | 06/04/2012 at 18:06 chat translation |
| 78 | 06/04/2012 at 18:34 chat translation |
| 79 | 06/07/2012 at 16:54 call translation |
| 79A | 06/07/2012 at 16:54 audio recording |
| 79B | 06/07/2012 at 16:54 audio clip |
| 80 | 06/08/2012 at 00:21 chat translation |
| 81 | 06/08/2012 at 00:25 chat translation |
| 82 | 06/08/2012 at 20:34 call translation |
| 83 | 06/08/2012 at 22:58 call translation |
| 84 | 06/09/2012 at 15:41 call translation |
| 85 | 06/11/2012 at 22:24 call translation |
| 86 | 06/13/2012 at 16:39 call translation |
| 87 | 06/17/2012 at 02:09 call translation |
| 88 | 07/09/2012 at 21:02 chat translation |

| 89 | 07/09/2012 at 21:04 chat translation |
| 91 | 07/09/2012 at 18:19 call translation |
| 92 | 09/07/2012 at 20:07 call translation |
| 93 | 10/05/2012 at 17:14 call translation |
| 94 | 10/08/2012 at 20:37 call translation |
| 95 | 12/09/2012 at 18:11 call translation |
| 96 | 12/11/2012 at 17:38 call translation |
| 97 | 12/12/2012 at 17:28 call translation |
| 98 | 12/15/2012 at 17:03 call translation |
| 99 | 12/15/2012 at 17:43 call translation |
| 100 | 12/19/2012 at 18:43 call translation |
| 101 | 12/23/2012 at 15:10 call translation |
| 102 | 12/24/2012 at 19:22 call translation |
| 103 | 12/28/2012 at 15:59 call translation |
| 104 | 12/28/2012 at 16:38 call translation |
| 105 | 12/31/2012 at 16:21 chat translation |
| 105A | 12/31/2012 at 18:36 call translation |
| 105A-a | 12/31/2012 at 18:36 audio recording |
| 105A-b | 12/31/2012 at 18:36 audio clip |
| 105B | 12/31/2012 at 23:36 call translation |
| 106 | 01/02/2013 at 15:40 call translation |
| 107 | 01/08/2013 at 19:55 chat translation |
| 108 | 01/10/2013 at 12:53 call translation |
| 109 | 01/10/2013 at 17:01 call translation |
| 110 | 01/10/2013 at 19:12 call translation |
| 111 | 01/11/2013 at 15:21 call translation |
| 112 | 01/11/2013 at 16:42 call translation |
| 113 | 01/13/2013 at 17:55 call translation |
| 114 | 01/13/2013 at 21:37 call translation |
| 115 | 01/16/2013 at 17:30 call translation |
| 116 | 01/21/2013 at 20:06 call translation |
| 117 | 01/21/2013 at 20:48 call translation |
| 118 | 01/23/2013 at 19:17 call translation |
| 119 | 01/28/2013 at 17:16 call translation |
| 120 | 01/29/2013 at 18:09 call translation |
| 121 | 02/15/2013 at 17:44 chat translation |

| | |
|---|---|
| 122 | 02/15/2013 at 14:14 call translation |
| 123 | 02/16/2013 at 17:42 chat translation |
| 124 | 02/20/2013 at 20:44 call translation |
| 125 | 02/22/2013 at 18:07 call translation |
| 126 | 02/22/2013 at 18:17 call translation |
| 127 | 02/26/2013 at 16:42 call translation |
| 128 | 02/26/2013 at 17:51 call translation |
| 129 | 02/26/2013 at 20:30 call translation |
| 130 | 03/18/2013 at 17:19 call translation |
| 131 | 03/18/2013 at 19:57 call translation |
| 132 | 03/20/2013 at 19:08 call translation |
| 133 | 03/21/2013 at 07:27 call translation |
| 134 | 03/22/2013 at 19:25 call translation |
| 135 | 03/22/2013 at 19:36 call translation |
| 136 | 03/26/2013 at 16:36 call translation |
| 137 | 03/30/2013 at 23:04 call translation |
| 138 | 04/02/2013 at 01:19 call translation |
| 139 | 04/06/2013 at 19:23 call translation |
| 140 | 04/14/2013 at 19:49 call translation |
| 140A | 04/14/2013 at 19:49 audio recording |
| 140B | 04/14/2013 at 19:49 audio clip |
| 141 | 04/17/2013 at 18:10 call translation |
| 141A | 04/17/2013 at 18:10 audio recording |
| 141B | 04/17/2013 at 18:10 audio clip |
| 142 | 04/17/2013 at 19:41 call translation |
| 143 | 04/23/2013 at 17:44 call translation |
| 144 | 04/23/2013 at 18:35 call translation |
| 145 | 04/24/2013 at 22:55 call translation |
| 146 | 04/30/2013 at 18:26 call translation |
| 147 | 05/04/2013 at 20:25 call translation |
| 148 | 05/06/2013 at 17:25 call translation |
| 149 | 05/06/2013 at 17:56 chat translation |
| 150 | 05/06/2013 at 18:56 call translation |
| 151 | 05/07/2013 at 18:48 call translation |
| 152 | 05/08/2013 at 17:20 call translation |
| 153 | 05/30/2013 at 18:27 call translation |

| 154 | 05/30/2013 at 18:45 call translation |
|---|---|
| 154A | 05/30/2013 at 18:45 audio recording |
| 154B | 05/30/2013 at 18:45 audio clip |
| 155 | 05/30/2013 at 18:59 call translation |
| 156 | 05/30/2013 at 19:10 call translation |
| 157 | 05/30/2013 at 19:34 call translation |
| 158 | 06/07/2013 at 18:56 call translation |
| 159 | 06/22/2013 at 18:13 call translation |
| 159A | 06/22/2013 at 18:13 audio recording |
| 159B | 06/22/2013 at 18:13 audio clip |
| 160 | 06/22/2013 at 18:27 call translation |
| 161 | 06/22/2013 at 18:54 call translation |
| 162 | 06/22/2013 at 19:07 call translation |
| 163 | 06/22/2013 at 19:19 call translation |
| 164 | 06/24/2013 at 22:12 call translation |
| 165 | 06/24/2013 at 22:24 call translation |
| 166 | 07/14/2013 at 19:00 call translation |
| 167 | 09/12/2013 at 22:28 call translation |
| 168 | 09/21/2013 at 21:54 call translation |
| 169 | 09/23/2013 at 18:02 call translation |
| 169A | 09/23/2013 at 18:02 audio recording |
| 169B | 09/23/2013 at 18:02 audio clip |
| 170 | 09/23/2013 at 22:06 chat translation |
| 171 | 09/24/2013 at 14:30 call translation |
| 172 | 09/24/2013 at 17:51 call translation |
| 172A | 09/24/2013 at 17:51 audio recording |
| 172B | 09/24/2013 at 17:51 audio clip |
| 173 | 09/26/2013 at 17:26 call translation |
| 174 | 09/24/2013 Translation of poem and original Somali version |
| 175 | No DTS- Wellington Wave at 07:02- NZ call transcript |
| 190 | Summary of Call-Detail Records Associated with Transcripts |
| 191 | Summary of Chat Participants Captured via Court-Authorized Electronic Surveillance |

| 192 | Summary of Chat Communications Showing Facility from Which They Were Collected |
|---|---|
| 193 | Summary of Exhibits Illustrating Defendants' Use of the Facilities |
| | |
| | **Jama DHA Records** |
| 200A | Notice of Rent - County of Fairfax, VA dated 09/14/2009 |
| 200B | No Income Affidavit - County of Fairfax, VA dated 09/21/2009 |
| 200C | Housing Application - Fairfax County Department of Housing and Community Development dated 06/23/2010 |
| 200D | Notice of Rent - County of Fairfax, VA dated 08/10/2010 |
| 200E | Notice of Rent - County of Fairfax, VA dated 11/27/2010 |
| 200F | Letter - HUD Tenancy Addendum - County of Fairfax, VA dated 04/06/2011 |
| 200G | Housing Application - Fairfax County Department of Housing and Community Development dated 12/14/2011 |
| 200H | Notice of Rent - County of Fairfax, VA dated 01/26/2012 |
| 200I | Notice of Rent - County of Fairfax, VA dated 05/23/2016 |
| 200J | Housing Application - Fairfax County Department of Housing and Community Development dated 11/14/2012 |
| 200K | Notice of Rent - County of Fairfax, VA dated 05/23/2016 |
| 200L | Personal Declaration of Jama dated 07/14/2013 |
| 200M | Notice of Rent - County of Fairfax, VA dated 07/23/2013 |
| 200N | Housing Application - Fairfax County Department of Housing and Community Development dated 01/23/2014 |
| 200P | Notice of Rent - County of Fairfax, VA dated 02/05/2014 |
| 200Q | No Income Affidavit - County of Fairfax, VA dated 02/01/2014 |
| 200R | Housing Application -Fairfax County Department of Housing and Community Development dated 12/17/ 2014 |

| | |
|---|---|
| | **Dhirane DHA Records** |
| 201A | King County Housing Authority Update Application for Housing dated 08/31/2010 |
| 201B | King County Housing Authority Income/Rent Calculation Worksheet dated 10/11/ 2010 |
| 201C | 2009 IRS Form 1040 - U.S. Individual Income Tax Return |
| 201D | King County Housing Authority Full Re-Certification Form dated 08/21/2011 |
| 201E | King County Housing Authority WIN Income/Rent Calculation Worksheet dated 10/14/2011 |
| 201F | 2010 IRS Form 1040 - U.S. Individual Income Tax Return dated 01/15/2011 |
| 201G | King County Housing Authority Full Re-Certification Form dated 06/20/2012 |
| 201H | King County Housing Authority WIN Income/Rent Calculation Worksheet dated 08/23/2012 |
| 201I | Zero Income Certification dated 06/21/2012 |
| 201J | 2011 IRS Form 1040 - U.S. Individual Income Tax Return dated 02/12/2012 |
| 201K | King County Housing Authority WIN Income/Rent Calculation Worksheet dated 07/15/2013 |
| 201L | King County Housing Authority Section 8 - WIN Income/Rent Calculation Worksheet dated 07/19/2014 |
| 201M | 2013 IRS Form 1040 - U.S. Individual Income Tax Return dated 02/09/2014 |
| | |
| | **Dhirane Facilities to Prove Links** |
| 210A | Dhirane - Subscriber Information - Account Detail Phone Number Details - |
| | Facility (206) 414-3740 |
| 210B | Dhirane -  Subscriber Information - Account Detail - Subscription Details Facility |
| | (206) 414-3740 |
| 210C | (Summary chart replaced 210C) |
| 210D | Certificate of Authenticity |

| | |
|---|---|
| 211A | Dhirane - Subscriber Information - Tracefone Wireless Mobile Profile - Facility: (425) 420-5938 |
| 211C | Certificate of Authenticity - Affidavit of Tracefone Wireless, Inc. |
| 212A | Dhirane - Vonage Account Profile for Rashid Jamabarhadle - Facility: (425) 481-0625 |
| 212B | Certificate of Authenticity |
| 213A | Dhirane - T-Mobile Call Detail Records - Facility: (206) 354-9877 |
| 213B | Certificate of Authenticity |
| 214A | Dhirane - Username: Nicmatu Rabbi - Subscriber Records - Facility: 68980851 |
| 214B | Certificate of Authenticity |
| 215A | Dhirane - Username Bintu Osman - Account Records - Facility: 34979006 |
| 215B | Certificate of Authenticity |
| 216 | Dhirane - U.S. Passport Application – Hinda_7@msn.com |
| 217 | Dhirane - Yahoo Account - Facility: hindadhiirane@yahoo.com |
| 218A | Dhirane - Google Subscriber Information: umusafaa@gmail.com |
| 218B | Certificate of Authenticity |
| 219A | Dhirane - Broadband Account - Facility: 8498340082677651 |
| 219B | Certificate of Authenticity |
| | |
| | **Jama Facilities to Prove Links** |
| 230A | Jama - Email Subscriber Information - makkah30@hotmail.com |
| 230B | Certificate of Authencity |
| 231A | Jama - Subscriber Information: (703) 982-2861 |
| 231B | Certificate of Authenticity |
| 232A | Jama - Subscriber Information: (571) 269-5451 |
| 232B | Certificate of Authenticity |
| 233A | Jama - Email Confirmation: (571) 269-5451 |
| 234A | Jama - Cox Broadband Subscriber Records |
| 234B | Certificate of Authenticity |
| 235A | Jama - Cox Broadband Account Records |

| 235B | Certificate of Authenticity |
|------|------|
| 236A | Jama - Account Records for username: umu luqmaan99 - Account # 44735961 |
| 236B | Certificate of Authenticity |
| 237A | Jama - Account Records for username: umu yassac - Account # 68515298 |
| 237B | Certificate of Authenticity |
| 238A | Jama - Account Records for username: Taaibah_5 - Account # 8175339 |
| 238B | Certificate of Authenticity |
| 239A | Jama - Email Registration for username: Taaibah_5 |
| | |
| | **Farhia Hassan Facilities** |
| 250A | Farhia Hassan - Account Records for username:  ummuibrahiim1  Account # 33819836 |
| 250B | Certificate of Authenticity |
| 251A | Farhia Hassan - Account Records for username: bintu-hassan_1 - Account # 90954705 |
| 251B | Certificate of Authenticity |
| | |
| | **Federal Register Documents** |
| 300 | 73 FR 37536 – Alphabetical Listing of Blocked Persons, Specially Designated Nationals, Specially Designated Terrorists, Foreign Terrorist Organizations, and Specially Designated Narcotics Traffickers; Amendment of Final Rule dated July 1, 2008 |
| 301 | 68 FR 56850 – Redesignation of Foreign Terrorist Organizations (al-Qa'ida) dated October 2, 2003 |
| 302 | 75 FR 19869 – Executive Order 13536 – Blocking Property of Certain Persons Contributing to the Conflict in Somalia dated April 15, 2010 |
| 303 | 75 FR 24394 – Somalia Sanctions Regulations dated May 5, 2010 |

| | |
|---|---|
| 304 | 76 FR 47646 – Additional Designation of Person Whose Property and Interests Are Blocked Pursuant to Executive Order 13536 of April 12, 2010, "Blocking Property of Certain Persons Contributing to the Conflict in Somalia." dated August 5, 2011 |
| 305 | 73 FR 14550 – In the Matter of the Designation of al-Shabaab, aka al-Shabab, aka Shabaab, aka the Youth, aka Mujahidin Al-Shabaab Movement, aka Mujahideen Youth Movement, aka Mujahidin Youth Movement, aka MYM, aka Harakat Shabab al-Mujahidin, aka Hizbul Shabaab, aka Hisb'ul Shabaab, aka al-Shabaab al-Islamiya, aka Youth Wing, aka al-Shabaab al-Islaam, aka al-Shabaab al-Jihaad, aka the Unity of Islamic Youth, as a Foreign Terrorist Organization pursuant to Section 219 of the Immigration and Nationality Act, as Amended dated March 18, 2008 |

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:      _____/s/_____
Danya E. Atiyeh
Virginia Bar No. 81821
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-0849
(202) 514-8714 (fax)
danya.atiyeh@usdoj.gov

James P. Gillis
Virginia Bar No. 65055
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (fax)
james.p.gillis@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 1, 2016, I filed the foregoing using the ECF system, which will send a copy to defense counsel of record.

_____/s/_____
Danya E. Atiyeh
Virginia Bar No. 81821
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-0849
(202) 514-8714 (fax)
danya.atiyeh@usdoj.gov
