IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIMINAL NO. 1:14cr230 |
| | : | |
| HINDA OSMAN DHIRANE | : | |
| | : | |
| Defendant | : | |

## MOTION TO ADOPT AND CONFORM TO DEFENDANT JAMA'S MOTION FOR JUDGMENT OF ACQUITTAL

COMES NOW, Hinda Osman Dhirane, by and through counsel, moves to adopt and conform to co-defendant Jama's Motion for Judgment of Acquittal (Docket #268).

Respectfully Submitted,

Hinda Osman Dhirane
By Counsel

_____/s/_____
Alan H. Yamamoto VSB #25872
Attorney for Hinda Osman Dhirane
Law Offices of Alan H. Yamamoto
643 S. Washington Street
Alexandria, Virginia 22314
(703) 684-4700 phone
(703) 684-6643 fax
yamamoto.law@verizon.net

1

CERTIFICATE OF SERVICE

I certify that on the 16th day of December 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James Gillis, Esquire
Danya Atiyeh, Esquire
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

/s/
Alan H. Yamamoto VSB #25872
Attorney for Hinda Osman Dhirane
Law Offices of Alan H. Yamamoto
643 S. Washington Street
Alexandria, Virginia 22314
Phone: (703) 684-4700
Fax: (703) 684-6643
yamamoto.law@verizon.net