IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:14-cr-230-AJT |
| MUNA OSMAN JAMA and ) | |
| HINDA OSMAN DHIRANE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Presently pending before the Court is Defendants' Motion for Judgment of Acquittal [Doc. No. 268], for which briefing is now completed. It is hereby

ORDERED that this matter be, and the same hereby is, set for a hearing on **Friday, February 10, 2017 at 9:00 a.m.**

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 2, 2017